**FROM: The District Court of the 7th Judicial District. County of Dawson.**

STATE OF MONTANA,

|  |  |
|---|---|
| Plaintiff, | NO. 98-005 |
| vs. | DECISION |

Brenda J. Jones,

Defendant.

On August 18, 1998, the defendant was sentenced to ten (10) years in the Montana Women's Prison, with five (5) years suspended on Count I; and to six (6) months in the Dawson County Jail on Count II. Count II is to run concurrently with Count I.

On April 9, 1999, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Richard L. Burns. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 9th day of April, 1999.

DATED this 21st day of April, 1999.

**Chairman, Hon. Richard G. Phillips, Member, Hon. Jeffrey H. Langton and Member, Hon. Marge Johnson**